TN Department of
Commerce &
Insurance
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 37243 $ 000.74⁰
02 7W
0008044160 APR 24 2026

FEDERAL DISTRICT COURT CLERK
220 WEST DEPOT STREET, STE 200
GREENEVILLE, TN 37743-4924